JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAVEYON DARRYL MADDOX,

    Plaintiff,

        v.

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

No. 2:25-cv-10105-AS

[~~PROPOSED~~] JUDGMENT

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date:  March 9, 2026

                              / s / Sagar
HON. ALKA SAGAR
United States Magistrate Judge

-1-